```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CALLTROL CORPORATION,

                        Plaintiffs,

-against-

LOXYSOFT AB and LOXYSOFT, INC.,

                        Defendant.

-----------------------------------------------------------------X

18-CV-09026 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

        On May 15, 2023, Plaintiff filed a Motion to Amend the Complaint (ECF No. 82), which defendants opposed (ECF No. 92). Since that time, this case was reassigned to the undersigned.

        The parties are directed to file a joint letter no later than **June 22, 2023**, providing the Court with each party's position regarding the following: (1) the current status of discovery; (2) whether the addition of LeadDesk Oyj, LeadDesk Solutions AB, and LeadDesk Solutions AS (hereinafter, "LeadDesk entities") as defendants will impact the current discovery deadline, and if so, to what extent; and (3) what additional discovery, if any, will be necessary if the LeadDesk entities are added as defendants.

        **SO ORDERED.**

DATED:    White Plains, New York
                June 14, 2023

                                                                   _____
                                                                   VICTORIA REZNIK
                                                                   United States Magistrate Judge