UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Calltrol,

                               Plaintiffs,

               -against-

LoxySoft AB, et al.,

                               Defendant.
----------------------------------------------------------------X

7:18-cv-09026-NSR-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for August 7, 2023 at 10 AM.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

        **SO ORDERED.**

DATED:     White Plains, New York
                July 31, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge