```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CALLTROL CORPORATION,

                                Plaintiffs,

        -against-

LOXYSOFT AB et. al.,

                                Defendant.

----------------------------------------------------------------X

18-CV-9026 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than September 29, 2023, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:      White Plains, New York
                     September 1, 2023

                                                        _____
                                                        VICTORIA REZNIK
                                                       United States Magistrate Judge