UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Calltrol Corp.,

                                    Plaintiffs,                    **ORDER RE STATUS CONFERENCE**

                    -against-                                      7:18-cv-09026-NSR-VR

LoxySoft AB,

                                    Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled **March 6, 2024 at 10:30 AM**.

The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID

**117 642 960 9** and then # to enter the conference.


        **SO ORDERED.**

DATED:        White Plains, New York
              February 22, 2024

                                              _____
                                              VICTORIA REZNIK
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 2/22/2024