UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Calltrol Corp.,

                         Plaintiffs,           **ORDER RE STATUS CONFERENCE**

          -against-                              7:18-cv-09026-NSR-VR

LoxySoft AB et al

                         Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for **June 14, 2024 at 2:30 pm.** to discuss pending discovery issues. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

       **SO ORDERED.**

DATED:     White Plains, New York
                 June 7, 2024

                                                   _____
                                                   VICTORIA REZNIK
                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2024