USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 08/19/2026

**MEMORANDUM ENDORSEMENT**

*Calltrol Corporation v. LoxySoft AB et al*

7:18-cv-09026 (NSR)

The Court is in receipt of Plaintiff's motion for reconsideration, correction and clarification of the Court's August 4 Order. (ECF Nos. 186, 187, 188). The Court will stay the summary judgment briefing schedule until resolution of Plaintiff's motion.

The briefing schedule for Plaintiff's motion is as follows:

(1) Defendants' opposition papers, if any, shall be served (not filed) on or before September 18, 2026.

(2) Plaintiff's reply shall be served on or before October 5, 2026.

The parties are directed to file all motion documents on the reply date, October 5, 2026. The parties are further directed to mail two physical copies and email an electronic copy to Chambers of motion documents as they are served.

Dated: August 19, 2026
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| CALLTROL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LOXYSOFT AB and LOXYSOFT, USA,<br><br>Defendants. | CIVIL ACTION NO. 18-cv-9026 NSR |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated August 18, 2026, Plaintiff Calltrol Corporation by and through its undersigned attorneys Jean Marc Zimmerman and Steven M. Hoffberg will move this Court pursuant to Local Civil Rule 6.3 and Federal Rules of Civil Procedure 60(a) and 54(b) for limited reconsideration, correction and clarification of the Court's August 4, 2026 Opinion and Order (ECF No. 185).

Respectfully,

By:*/s/Jean-Marc Zimmerman*

Jean-Marc Zimmerman
Lucosky Brookman LLP
101 Wood Avenue South
Woodbridge, NJ 08830
E: jmzimmerman@lucbro.com
T: (908) 768-6408

Steven M. Hoffberg
Hoffberg & Associates
29 Buckout Road
West Harrison, NY 10604
E: steve@hoffberglaw.com
T: (914) 949-2300

Attorneys for Plaintiff Calltrol Corporation

Dated: August 18, 2026